IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VIRTUAL CREATIVE ARTISTS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TWITTER, INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-6890<br><br>Hon. Matthew F. Kennelly<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**DEFENDANT TWITTER, INC.'S NOTIFICATION OF AFFILIATES AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Twitter, Inc. ("Twitter") hereby states that its parent corporation is X Holdings I, Inc. No publicly held corporation owns 10% or more of Twitter's stock. As the term "affiliates" is defined in Local Rule 3.2, Twitter identifies its "affiliates" as: Elon Musk; Kingdom Holding Company; HRH Prince Alwaleed Bin Talal Bin Abdulaziz Alsaud; and X Holdings I, Inc.

Date: February 16, 2023  Respectfully submitted,

By: *Jonathon Studer*
Nathan Hamstra
Jonathon Studer
QUINN EMANUEL URQUHART & SULLIVAN LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
nathanhamstra@quinnemanuel.com
jonathonstuder@quinnemanuel.com

Brian P. Biddinger (*pro hac vice* application to follow)
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
brianbiddinger@quinnemanuel.com

*Attorneys for Twitter, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on February 16, 2023, I electronically filed the foregoing paper with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

                                          */s/ Jonathon Studer*
                                          Jonathon Studer