## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VIRTUAL CREATIVE ARTISTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant. | Case No. 22-cv-6890 <br><br> Hon. Matthew F. Kennelly <br><br> JURY TRIAL DEMANDED <br><br> PATENT CASE |

## DEFENDANT'S SUPPLEMENTAL NOTIFICATION OF AFFILIATES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and Local Rule 3.2, the undersigned counsel for X Corp., as successor in interest to named defendant to Twitter, Inc., hereby states that Twitter, Inc. has been merged into X Corp. and no longer exists. X Corp. is a privately held corporation. Its parent company is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

As the term "affiliates" is defined in Local Rule 3.2, X Corp. identifies its "affiliates" as: Elon Musk, X Holdings I Inc, and HRH Prince Alwaleed Bin Talal Bin Abdulaziz Alsaud.

Date:  April 21, 2023                           Respectfully submitted,

By: /s/ Jonathon Studer
     Nathan Hamstra
     Jonathon Studer
     QUINN EMANUEL URQUHART & SULLIVAN LLP
     191 N. Wacker Drive, Suite 2700
     Chicago, Illinois 60606
     Telephone: (312) 705-7400
     nathanhamstra@quinnemanuel.com
     jonathonstuder@quinnemanuel.com

     Brian P. Biddinger (*pro hac vice*)
     QUINN EMANUEL URQUHART & SULLIVAN LLP
     51 Madison Avenue, 22nd Floor
     New York, NY 10010
     Telephone: (212) 849-7000
     brianbiddinger@quinnemanuel.com

     *Attorneys for X Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 21, 2023, I electronically filed the foregoing paper with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

> */s/ Jonathon Studer*
> Jonathon Studer